■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CRYSTAL CUMMINGS, Appellant. [598 NYS2d 790] —Judgment, Supreme Court, New York County (Edward McLaughlin, J.), rendered January 22, 1992, convicting defendant, upon her plea of guilty, of attempted criminal possession of a controlled substance in the fifth degree, and sentencing her, as a second felony offender, to a term of 1½ to 3 years, unanimously affirmed.

Contrary to defendant's argument on appeal, the arresting officer's close range observation of defendant dropping two vials of what appeared to be crack cocaine as she exited a known drug location provided probable cause for her arrest *(People v McRay,* 51 NY2d 594). Therefore, the additional 12 vials of crack cocaine were recovered pursuant to a search incident to a lawful arrest *(People v De Santis,* 46 NY2d 82, *cert denied* 443 US 912). The hearing court's determinations of fact and credibility are supported by the record and will not be disturbed by this Court *(People v Gruttola,* 43 NY2d 116). Concur—Milonas, J. P., Rosenberger, Rubin and Nardelli, JJ.